IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TABITHA DAILEY,* | § | No. 625, 2015 |
| | § | |
| Petitioner Below, | § | Court Below: |
| Appellant, | § | |
| | § | Family Court of the |
| | § | State of Delaware, in and for |
| v. | § | Kent County |
| | § | |
| JACK DAILEY, | § | File No. CK95-03609 |
| | § | Case No. 14-30036 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted:  May 11, 2016
Decided:  May 18, 2016

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## O R D E R

This 18th day of May 2016, the Court, having considered this matter on the oral arguments and briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its Order of October 22, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice

---

* The Court assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).